UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 15, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALECSA OJEDA DE OREGEL,<br><br>　　　　Defendant. | Case No.  2:23-cr-00231-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALECSA OJEDA DE OREGEL ,

Case No. 2:23-cr-00231-JAM , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

　　　　　Release on Personal Recognizance

__X__   Bail Posted in the Sum of $   300,000.00

　　　　　Unsecured Appearance Bond $

　　　　　Appearance Bond with 10% Deposit

　　　　　Appearance Bond with Surety

　　　　　Corporate Surety Bail Bond

__X__   (Other): Defendant's release is delayed until the next working day at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 15, 2023 at 3:00 PM.

By: _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE