Armando Villapudua, SBN 173945
VILLAPUDUA & SOMERA, P.C.
2431 W. March Lane, Suite 220
Stockton, California 95207
Ph.: (209) 956-1234
Fax: (209) 478-4981

Attorney for Defendant,
Alecsa Ojeda De Oregel

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:23-cr-00231-JAM-2 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| ALECSA OJEDA DE OREGEL, | |
| Defendant. | **DATE: April 28, 2026**<br>**TIME: 9 a.m.**<br>**JUDGE: Hon. John A. Mendez** |

## STIPULATION

It is hereby stipulated by and between Assistant United States Attorney David Spencer, counsel for Plaintiff United States of America, and Armando Villapudua, counsel for Defendant Alecsa Ojeda De Orgel, that the sentencing date for this matter, currently set for April 28, 2026, at 9 a.m., be vacated and continued to June 2, 2026, at 9 a.m. for sentencing.

Counsel for Defendant Alecsa Ojeda De Oregel will be out of the country on a preplanned international vacation set in November of 2025. Counsel for Defendant Alecsa Ojeda De Oregel discovered the sentencing date moved from April 21, 2026 to April 28, 2026 on April 20, 2026 while verifying the date on Pacer. Counsel for Defendant Alecsa Ojeda De Oregel has confirmed availability for the proposed date of June 2, 2026, at 9 a.m. with Probation Officer Sarah Brown.

DATED:  April 21, 2026          By:     /s/ David Spencer_____
                                        David Spencer
                                        Assistant United States Attorney
                                        Attorney for Plaintiff, UNITED STATES OF
                                        AMERICA

DATED:  April 21, 2026          By:     /s/ Armando Villapudua_____
                                        Armando Villapudua
                                        VILLAPUDUA & SOMERA, P.C.
                                        Attorney for Defendant, ALECSA OJEDA DE
                                        OREGEL

## ORDER

Based on the stipulation of the parties, the sentencing hearing currently set for April 28, 2026, is **CONTINUED** to **June 02, 2026, at 9:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: April 22, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE